IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


APR 2 9 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–11–M–DWM–2 |
| Plaintiff, | |
| vs. | ORDER |
| TIFFANY ROSE RAMIREZ, | |
| Defendant. | |

The defendant having pled guilty to Count 2 of the Indictment and released pending sentencing,

IT IS ORDERED that the defendant shall be subject to the following condition while on release prior to sentencing:

> The defendant shall participate in substance abuse testing, to include not more than four (4) urinalysis tests or breathalyzer tests, and not more than seven (7) sweat patch applications. The defendant shall pay all or part of the costs of testing as directed by the United States Probation Office.

DATED this 29th day of April, 2019.

Donald W. Molloy, District Judge
United States District Court